**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 1, 2024

**BY ECF**
The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States of America v. $690,000*, No. 7:22-cv-00266 (PMH)

Dear Judge Halpern:

    The Government writes in relation to the captioned matter.  As described in the Complaint, the Government has sought through this action to forfeit:  (i) $690,000 from a Bank of America account in the name of LV.Net LLC, and (ii) $81,284.03 from a Bank of America account held in the name of California IOLTA Trust Accounts Madaen Law, Inc., as proceeds traceable to wire fraud and conspiracy to commit wire fraud.  These funds stem from a business email comprise fraud scheme targeting Brownsville Community Development Corporation.

    After this case was filed, (i) LV.Net, through its then-CEO Martin Mizrahi, filed a claim for $690,000 seized from the LV.Net account, *see* ECF 6, and (ii) Bahram Madaen filed a notice of claim for the $81,284.03 seized from the IOLTA account, *see* ECF 5.

    On March 4, 2024, after a jury trial, Mizrahi was convicted of various fraud and money laundering-related offenses, including with respect to the Brownsville fraud.  *See United States v. Mizrahi*, 22 Cr. 650 (JPO).  As a result, at his sentencing, currently scheduled for September 10, the Government intends to seek criminal forfeiture of, among other things, the $690,000 seized from LV Net's account that is currently the subject of this civil proceeding.

    Further, the Government has consulted with Mr. Madaen, who is currently *pro se* in this action, and Mr. Madaen indicated in writing that he wishes to withdraw his claim.  *See* Ex. A.

    As a result, given that the Government intends to seek criminal forfeiture of the funds seized from LV.Net, and given that Mr. Madaen has withdrawn his claim to the funds seized from the IOLTA account, the Government respectfully requests that the Court adjourn the initial conference in this case currently scheduled for August 8 to a date after Mr. Mizrahi's September 10, 2024 sentencing.  Following the sentencing, the Government will provide a further written

update to the Court.  The Government has consulted with all parties to this action and understand that they consent to this adjournment request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____

Benjamin Klein / Emily Deininger
Assistant United States Attorneys
(914) 993-1908 / (212) 637-2472

cc:  All Counsel of Record (via ECF)

# EXHIBIT A

**From:** attorneymadaen@gmail.com
**To:** Klein, Benjamin (USANYS)
**Subject:** [EXTERNAL] RE: United States v. $81,284.03 in United States currency, formerly on deposit in Bank of America Account XXXX2488, held in the name of California IOLTA Trust Accounts Madaen Law, Inc.
**Date:** Wednesday, July 31, 2024 3:15:23 PM

I hereby withdraw my claim.

Thank you very much.

_____

Madaen Law, Inc.

Bahram Madaen, Esq.

Tel: 714-782-7275 and 818-908-2618

Fax: 818-908-2619

_____

CONFIDENTIALITY NOTICE:  This email message is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material.  Any unauthorized review, use, disclosure, or distribution is prohibited.  If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.  If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

---

**From:** Klein, Benjamin (USANYS) <Benjamin.Klein@usdoj.gov>
**Sent:** Wednesday, July 31, 2024 12:12 PM
**To:** attorneymadaen@gmail.com
**Cc:** Deininger, Emily (USANYS) <Emily.Deininger@usdoj.gov>; Hillyard, Louis Jr. (NY) (FBI) <ldhillyard@fbi.gov>; Lonergan, Lawrence P. (NY) (FBI) <lplonergan@fbi.gov>
**Subject:** United States v. $81,284.03 in United States currency, formerly on deposit in Bank of America Account XXXX2488, held in the name of California IOLTA Trust Accounts Madaen Law, Inc.

Mr. Madaen,

As we discussed, we are writing to follow up on our telephone conversation.  Based on our discussion, we understand that you would like to withdraw the claim you filed in the captioned civil forfeiture proceeding relating to $81,284.03 forfeited from your attorney IOLTA account ending in 2488 held at Bank of America.  Please respond and confirm that we have correctly understood your intention, and we will notify the Court accordingly.

Regards,
Ben

Benjamin Klein
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
50 Main Street

White Plains, NY 10606
Office: (914) 993-1908
Cell: (646) 771-3941
benjamin.klein@usdoj.gov