# PORTALE | RANDAZZO

November 12, 2024

**Via ECF**

Honorable Philip M. Halpern
United States District Court- SDNY
300 Quarropas Street
White Plains, New York 10601

        Re:        **USA v. $690,000 US Currency Formerly on Deposit..,et al.**
        Case#:    **22-cv-00266-PMH**

Dear Judge Halpern:

    As Your Honor is aware, our office represents the above-mentioned *In Rem* defendant. We are writing to advise This Honorable Court that LV.NET withdraws and releases any claim or right to the restrained funds.

    Please advise as to whether the Conference scheduled for tomorrow, November 13, 2024, at 10:30 AM, should proceed.

                                                        Very truly yours,

                                                       /s/ *Richard A. Portale*
                                                       Richard A. Portale
                                                       RPortale@PortaleRandazzo.com

RAP/cpod

cc:    Emily Sarah Deininger
        Emily.Deininger@usdoj.gov

        Benjamin David Klein
        Benjamin.Klein@usdoj.gov