UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                            :

UNITED STATES OF AMERICA,

                                                                            :

          Plaintiff,

                                                                            :     <u>JUDGMENT OF FORFEITURE</u>

          -v.-

                                                                             :     22 Civ. 266 (PMH)

$690,000 IN UNITED STATES CURRENCY
FORMERLY ON DEPOSIT IN BANK OF          :
AMERICA ACCOUNT NUMBER XXXX2359,
HELD IN THE NAME OF LV.NET LLC LV NET,  :

and                                                                 :

$81,284.03 IN UNITED STATES CURRENCY   :
FORMERLY ON DEPOSIT IN BANK OF
AMERICA ACCOUNT NUMBER XXXX2488,    :
HELD IN THE NAME OF CALIFORNIA IOLTA
TRUST ACCOUNTS MADAEN LAW, INC.,     :

                                                                            :

          Defendants-*in-rem*.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about January 12, 2022, the United States commenced an *in rem* forfeiture action seeking the forfeiture of the Defendants-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleged that $690,000 in United States currency formerly on deposit in Bank of America Account Number XXXX2359, held in the name of LV.net LLC LV NET (the "Defendant Currency-1") and $81,284.03 in United States currency formerly on deposit in Bank of America Account Number XXXX2488, held in the name of California IOLTA Trust Accounts Madaen Law, Inc. (the "Defendant Currency-2") are subject to forfeiture pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 984;

WHEREAS, notice of the Verified Complaint against the Defendants-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on January 27, 2022, through February 25, 2022, and proof of such publication was filed with the Clerk of this Court on December 13, 2024 (D.E. 38);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendants-*in-rem* and the intent of the United States to forfeit and dispose of the Defendants-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendants-*in-rem*, within sixty days from the first day of publication of the Notice on the official government internet site;

WHEREAS, on or about February 28, 2022, a claim was filed by Bahram Madaen, Esq., ("Madaen") asserting an ownership interest in Defendant Currency-2 ("Madaen Claim") (D.E. 5);

WHEREAS, on or about March 1, 2022, a claim was filed by LV.net LLC (LV.net") asserting an ownership interest in Defendant Currency-1 ("LV.net Claim") (D.E. 6);

WHEREAS, on or about March 2, 2022, a claim was filed by Brownsville Community Development Corp., ("Brownsville") asserting an ownership interest in the Defendants-in-rem (D.E. 9);

WHEREAS, on or about March 28, 2022, an Answer was filed by LV.net (D.E. 11);

WHEREAS, on or about March 31, 2022, an Answer was filed by Brownsville (D.E. 15);

WHEREAS, on or about July 31, 2024, Madaen withdrew the Madaen Claim as to

3

Defendant Currency-2 (D.E 33. Ex. A);

WHEREAS, on or about November 12, 2024, LV.net withdrew LV.net Claim as to Defendant Currency-1 (D.E. 36);

WHEREAS, Madaen, LV.net, and Brownsville are the only individuals and/or entities known to the Government to have a potential interest in the Defendants-*in-rem*;

WHEREAS, on or about  December 17, 2024 , this Court issued an order to show cause as to why this judgment of forfeiture should not be entered (D.E. 43 );

WHEREAS, no party has shown cause as to why this judgment of forfeiture should not be entered; and

WHEREAS, no claims or answers, other than those filed by Madaen, LV.net and Brownsville have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.   The Defendants-*in-rem* shall be, and the same hereby are, forfeited to the Plaintiff United States of America.

      2.      The United States Marshals Service (or its designee) shall dispose of the Defendants-*in-rem*, according to law.

Dated: White Plains, New York
~~_____, 2024~~
February 5, 2025

SO ORDERED:

_____
THE HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE